IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

FILED

JUL 17 2024

JOAN KANE, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY _____, DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| -vs- | ) Case No. CR 24-287 G |
| LANDON KYLE SWINFORD, <br> a/k/a Landon Strohbart, <br> a/k/a Usama Sajid Al-Hashim, <br> a/k/a Abu Labeeb Al-Amriki, | ) Violations: 18 U.S.C. § 2252A(a)(1) <br> 18 U.S.C. § 2252A(a)(5)(B) <br> 18 U.S.C. § 2252A(b)(2) <br> 18 U.S.C. § 875(c) |
| Defendant. | ) |

## INDICTMENT

The Federal Grand Jury Charges:

### COUNT 1
**(Transportation of Child Pornography)**

Between on or about April 22, 2023, and on or about April 24, 2023, in the Western District of Oklahoma,

---------------------------------- **LANDON KYLE SWINFORD,**
a/k/a **Landon Strohbart,**
a/k/a **Usama Sajid Al-Hashim,**
a/k/a **Abu Labeeb Al-Amriki,** --------------------------

knowingly transported child pornography using a means and facility of interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 2252A(a)(1), the penalty for which is found at Title 18, United States Code, Section 2252A(b)(1).

## COUNT 2
### (Possession of Child Pornography)

Between on or about April 22, 2023, and on or about April 24, 2023, in the Western District of Oklahoma,

------------------------------- **LANDON KYLE SWINFORD,**
　　　　　　　　　　　　**a/k/a Landon Strohbart,**
　　　　　　　　　　　　**a/k/a Usama Sajid Al-Hashim,**
　　　　　　　　　　　　**a/k/a Abu Labeeb Al-Amriki,** ---------------------------

knowingly possessed material containing images of child pornography that involved prepubescent minors and minors who had not attained twelve years of age, which were produced using materials that were transported in and affecting interstate and foreign commerce.

All in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2).

## COUNT 3
### (Communicating a Threat)

On or about October 3, 2023, in the Western District of Oklahoma and elsewhere,

------------------------------- **LANDON KYLE SWINFORD,**
　　　　　　　　　　　　**a/k/a Landon Strohbart,**
　　　　　　　　　　　　**a/k/a Usama Sajid Al-Hashim,**
　　　　　　　　　　　　**a/k/a Abu Labeeb Al-Amriki,** ---------------------------

knowingly transmitted in interstate and foreign commerce a threat to injure the person of another. In particular, Defendant posted the following on an internet social media site: "Cast fear into the hearts of the Kuffar this Halloween. Dress up as your favorite mujahideen and bomb a synagogue."

All in violation of Title 18, United States Code, Section 875(c).

A TRUE BILL:

FOREPERSON OF THE GRAND JURY

ROBERT J. TROESTER
United States Attorney

MATT DILLON
MARK R. STONEMAN
Assistant United States Attorneys

3