OKWD Revised AO 442 (1/16/15)

# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF OKLAHOMA

11695943

UNITED STATES OF AMERICA )
)
v. )
)
)
LANDON KYLE SWINFORD )
*Defendant* )

2464-0718-1008-J

Case Number: CR-24-287-G

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
(name of person to be arrested) LANDON KYLE SWINFORD,

who is accused of an offense or violation based on the following document filed with the court:

☑ SEALED Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
18:2252A(a)(1) TRANSPORTATION OF CHILD PORNOGRAPHY
18:2252A(a)(5)(B) & 18:2252A(b)(2) POSSESSION OF CHILD PORNOGRAPHY
18:875(c) COMMUNICATING A THREAT

**RECEIVED**
**JUL 18 2024**
**U.S. MARSHALS W/OK**

Regan Popp, Deputy Clerk
Oklahoma City, Oklahoma

WARRANT ISSUED:
8:29 am, Jul 18, 2024
*JOAN KANE, CLERK*

By: *[signature]*

### Return

This warrant was received on (date) _____, and the person was arrested on (date) _____
at (city and state) _____.

Date: ARRESTED ON: 07/18/2024
WITHIN THE W DISTRICT OF OK
BY: FBI

_____
*Arresting officer's signature*

_____
*Printed name and title*