# COURTROOM MINUTE SHEET

DATE  08/14/2025

CASE NUMBER  CR-24-287-G

USA  -vs-  Landon Kyle Swinford

COMMENCED  02:18      ENDED  06:34      TOTAL TIME  4 hrs 16 mins

PROCEEDINGS  Sentencing

JUDGE  CHARLES B. GOODWIN      DEPUTY  JACOB BUCKLE      REPORTER  SUSAN FENIMORE

PLF COUNSEL  Matt Dillon

DFT COUNSEL  JP Hill

PROBATION OFFICER  Alexis Maltz

INTERPRETER

WITNESSES FOR PLAINTIFF
1.
2.
3.
4.
5.

WITNESSES FOR DEFENDANT
1.
2.
3.
4.
5.

The Court hears argument re PSR from Govt and Deft and makes findings and re sentencing from Govt and Deft and commits Deft to BOP for 60 months re ct 2 and 60 months re ct 3 to run consecutively followed by supervised release of 60 months re ct 2 and 36 months re ct 3 to run concurrently in addition to ordering a special assessment fee of $100.00 per count, for a total of $200.00, due immediately. Deft advised of appeal rights and remanded to custody of USM.